UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK PONTREMOLI, and | ) | |
| MONIQUE MY, | ) | |
|     Plaintiffs | ) | |
| | ) | |
| vs. | ) | **C.A. NO. 05CV11676DPN** |
| | ) | |
| JULIE R. BALDINI, and | ) | |
| WILLIAM BALDINI, | ) | |
|     Defendants | ) | |

## <u>PARTIAL STIPULATION OF DISMISSAL</u>

NOW comes the Plaintiff, **<u>Mark Pontremoli, only</u>**, in the above-entitled action pursuant to the provisions of the Massachusetts Rules of Civil Procedure 41(a)(1)(ii), and voluntarily dismisses said action against the defendants with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| **Plaintiff, Mark Pontremoli,** | **Defendants, Julie R. Baldini** |
| by his Attorney, | **and William Baldini,** |
| | by their Attorney, |
| | |
| | |
| ‘/s/ Thomas F. Walsh’ | ‘/s/ Gregory K. Lyon’ |
| Thomas F. Walsh | Gregory K. Lyon |
| BBO#558359 | BBO #632718 |
| YASI & YASI, P.C. | Law Office of Susan B. Hulme |
| Two Salem Green | 160 Gould Street, Suite #110 |
| Salem, MA  01970 | Needham, MA  02494-2300 |
| (781) 741-0400 | (781) 449-8702 |

_____
DATED