UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK PONTREMOLI, and ) <br> MONIQUE MY, ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> JULIE R. BALDINI, and ) <br> WILLIAM BALDINI, ) <br>     Defendants ) | **C.A. NO. 05CV11676DPN** |

## JOINT STATEMENT OF PARTIES

As a preliminary matter, the parties report that the claims of plaintiff Mark Pontremoli have been settled and a partial stipulation of dismissal was filed on December 14, 2005.

The only remaining claim is that of plaintiff Monique My for injuries sustained in a motor vehicle accident.

1) Joint Discovery Plan

    a. Interrogatories and Document Production shall be completed on or before March 15, 2006;

    b. All depositions shall be completed by April 15, 2006

    c. Expert witnesses shall be disclosed by June 15, 2006

    d. All remaining discovery shall be completed by August 15, 2006

2) All motions shall be filed by September 15, 2006

3) Counsel for both parties have conferred with their respective clients and discussed the cost of the litigation and the possibility of resolving the matter through Alternative Dispute Resolution.

Respectfully submitted,

| | |
|---|---|
| **Plaintiff, Monique My,**<br>by his Attorney, | **Defendants, Julie R. Baldini and William Baldini,**<br>by their Attorney, |
| '/s/ Thomas F. Walsh'<br>Thomas F. Walsh<br>BBO#558359<br>YASI & YASI, P.C.<br>Two Salem Green<br>Salem, MA  01970<br>(781) 741-0400 | '/s/ Gregory K. Lyon'<br>Gregory K. Lyon<br>BBO #632718<br>Law Office of Susan B. Hulme<br>160 Gould Street, Suite #110<br>Needham, MA  02494-2300<br>(781) 449-8702 |

_____
DATED