UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 05CV11676DPN

MARK PONTREMOLI and )
MONIQUE MY, )
    Plaintiffs )
)
vs. )
)
JULIE R. BALDINI and )
WILLIAM BALDINI, )
    Defendants )

**PLAINTIFF, MONIQUE MY'S NOTICE OF INTENT TO OFFER MEDICAL BILLS AND <u>RECORDS INTO EVIDENCE UNDER G. L. CHAPTER 233 § 79G</u>**

The Plaintiff, Monique My, intends to introduce into evidence the following medical bills and records. Accordingly, I have enclosed copies of the following certified medical bills and records for your review:

**Medical Bills**:

| | | |
|---|---|---|
| Salem Hospital | 12/12/04 | $ 969.00 |
| Salem Hospital | 12/12/04 | 111.30 |
| Commonwealth Radiology | 12/12/04 | 67.00 |
| Lynn Community Health Center | 12/13/04 | 105.00 |
| Kantorosinski Chiropractic | 12/14/04-5/9/05 | <u>4,840.00</u> |
| | | $ 6,092.30 |

**Medical Records:**

| | | |
|---|---|---|
| Salem Hospital | ER Records/Report | 12/12/04 |
| Lynn Community Health Center | Office Notes | 12/13/04 |
| Kantorosinski Chiropractic | Office Notes/Reports | 12/14/04-5/9/05 |

The Plaintiff,
MONIQUE MY,
By Her Attorney,

*signature*

Thomas F. Walsh, Esq.
BBO# 558359
**Yasi & Yasi, P.C.**
Two Salem Green
Salem, MA 01970
(978) 741-0400

## CERTIFICATE OF SERVICE

I, Thomas F. Walsh, Esq., hereby certify that on this 28th day of April, 2006, the foregoing was forwarded to counsel for the defendant by first class mail, postage prepaid.

*signature*
Thomas F. Walsh

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 MAY -4 P 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

C. A. NO. 05CV11676DPN

MARK PONTREMOLI and )
MONIQUE MY, )
    Plaintiffs )
)
vs. )
)
JULIE R. BALDINI and )
WILLIAM BALDINI, )
    Defendants )
)

### AFFIDAVIT OF NOTICE OF INTENT TO OFFER MEDICAL BILLS AND RECORDS

    I, Thomas F. Walsh, certify that I have notified the Defendant of my intent to offer into evidence the following attached medical bills and records as evidence of the necessary, fair, and reasonable medical services rendered:

**Medical Bills:**

| | | |
|---|---|---|
| Salem Hospital | 12/12/04 | $ 969.00 |
| Salem Hospital | 12/12/04 | 111.30 |
| Commonwealth Radiology | 12/12/04 | 67.00 |
| Lynn Community Health Center | 12/13/04 | 105.00 |
| Kantorosinski Chiropractic | 12/14/04-5/9/05 | 4,840.00 |
| | | $ 6,092.30 |

**Medical Records:**

| | | |
|---|---|---|
| Salem Hospital | ER Records/Report | 12/12/04 |
| Lynn Community Health Center | Office Notes | 12/13/04 |
| Kantorosinski Chiropractic | Office Notes/Reports | 12/14/04-5/9/05 |

    I provided notice and copies of the medical bills and records by certified mail, return receipt requested, to all counsel of record on May 1, 2006. I have attached a copy of the notice and return receipt.

    *Signed under the pains and penalties of perjury this 3rd day of May, 2006/*

The Plaintiff,
MONIQUE MY,
By Her Attorney,

/s/ Thomas F. Walsh

Thomas F. Walsh, Esq.
BBO# 558359
**Yasi & Yasi, P.C.**
Two Salem Green
Salem, MA 01970
(978) 741-0400

## CERTIFICATE OF SERVICE

      I, Thomas F. Walsh, attorney for the Plaintiff, hereby certify that I served a true copy of the attached Affidavit In Support of Notice of Intention to Offer Medical Bills and Records on all parties by mailing a true copy thereof, postage prepaid, to the following this 3rd day of May, 2006:

Gregory Lyon, Esq.
**Law Offices of Susan B. Hulme**
160 Gould Street
Suite #110
Needham, MA 02494-2300

                                                 Thomas F. Walsh, Esq.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory Lyon, ESQ.
Law offices of Susan B Hulme
160 Gould St, Suite 110
Needham, MA 02494-2300

7004 1350 0003 6159 3870

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    5/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

M. My

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

