UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05CV11676DPN

| | |
|---|---|
| MARK PONTREMOLI, and<br>MONIQUE MY,<br>    Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| JULIE R. BALDINI, and<br>WILLIAM BALDINI,<br>    Defendants | )<br>)<br>) |

## STIPULATION OF DISMISSAL

NOW comes the Parties under Mass. R Civ. P. 41(a)(1)(ii), and voluntarily dismiss this action with prejudice and without costs.

Respectfully Submitted,

| | |
|---|---|
| MONIQUE MY,<br>By Her Attorney | JULIE R. BALDINI AND<br>WILLIAM BALDINI,<br>By Their Attorney , |
| /s/Thomas F. Walsh<br>Thomas F. Walsh<br>BBO# 558359<br>YASI & YASI, P.C.<br>Two Salem Green<br>Salem, MA 01970<br>(978) 741-0400 | /s/Gregory K. Lyon<br>Gregory K. Lyon<br>BBO#632718<br>Law Offices of Susan B. Hulme<br>160 Gould Street, Suite 110<br>Needham, Ma 02492-2300<br>(781) 449-8702 |

_____
Dated